United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        Plaintiff,

  v.

MARCIA M. TAYLOR, Director, Office of Administrative Courts; R. LAW, Judge; MARK SOUP, Deputy Public Defender; and SAN BERNARDINO ALTERNATE DEFENDER PANEL,

        Defendants.

No. C 08-0170 PJH (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Victorville in San Bernardino County, which lies within the venue of the United States District Court for the Central District of California. The defendants, with the exception of Marcia Taylor, appear to reside there as well. Therefore, for the convenience of the parties and witnesses, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated: January __17__, 2008.

                          PHYLLIS J. HAMILTON
                          United States District Judge

G:\PRO-SE\PJH\CR.08\BROWN0170.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        Plaintiff,

  v.

MARCIA M. TAYLOR et al,

        Defendant.
                                    /

Case Number: CV08-00170 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie O. Brown K-89434
14901 Central Avenue
P.O. Box 128
Chino, CA 91710

Dated: January 18, 2008

                                              Richard W. Wieking, Clerk
                                              By: Frank Justiliano, Deputy Clerk