UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000



January 23, 2008

Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

EDCV08-271 (JWJ)

RE: CV 08-00170 PJH  RONNIE O. BROWN-v-MARCIA M. TAYLOR

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    by: Simone Voltz
    Case Systems Administrator

Enclosures
Copies to counsel of record